# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

Asheville Division

FILED
ASHEVILLE, N.C.
APR 0 3 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

Rodney T. Worley

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States Department of Agriculture
Office of General Counsel
Andrea L. Foster
Judith McKenzie-Abraham

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:20-cv-83-MOC-WCM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Rodney T. Worley |
   | Street Address | 107 Stonebrook Heights |
   | City and County | Franklin Macon County |
   | State and Zip Code | North Carolina 28734 |
   | Telephone Number | 828 349-1808 |
   | E-mail Address | worley.rodney@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
Name United States Department of Agriculture Office of the General Counsel
Job or Title *(if known)*
Street Address 1718 Peachtree Street, NW, Suite 576
City and County Atlanta
State and Zip Code Georgia 30309-2437
Telephone Number 404 347-1060
E-mail Address *(if known)*

Defendant No. 2
Name Andrea L. Foster
Job or Title *(if known)* Regional Attorney
Street Address 1718 Peachtree Street, NW, Suite 576
City and County Atlanta
State and Zip Code Georgia 30309-2437
Telephone Number 404 347-1060
E-mail Address *(if known)*

Defendant No. 3
Name Judith McKenzie-Abraham
Job or Title *(if known)* Attorney
Street Address 1718 Peachtree Street, NW, Suite 576
City and County Atlanta
State and Zip Code Georgia 30309-2437
Telephone Number 404 347-1060
E-mail Address *(if known)* Judith.Abraham@usda.gov

Defendant No. 4
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Tort Claims Act, 28 U.S.C. §§2671-80

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* __Rodney T. Worley__, is a citizen of the State of *(name)* __North Carolina__.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$15,261.66

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

FACTS: On August 18, 2018, government employee Laura Kranz was returning to the Oconaluftee Job Corps Center in Cherokee, North Carolina. Ms. Kranz was operating a 24 passenger bus enroute to drop off students at the Job Corps Center. Plaintiff was parked in the same parking lot. After unloading the students, Ms. Kranz proceeded to back up. Ms. Kranz was stopped by Plaintiff informing her that she was about to hit his vehicle. Then, Ms. Kranz proceeded to back up and hit the Plaintiff's vehicle causing damages.

Oconaluftee

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

-Repair cost of Vehicle: $ 2,973.62
-Depreciated value of Vehicle: $4,492.62 ($13,618 value of vehicle -33%)
-Rental /Storage Vehicle for 60 days $5,178.60
-Loss of Use $4,150 ($25.00 per day for 6 months - 2
 Weeks rental allowance equals 166)
    Or
 Total value of Vehicle: $13,618
 De

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/01/2020

Signature of Plaintiff: *Rodney T. Worley*
Printed Name of Plaintiff: Rodney T. Worley

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____