# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Rodney T. Worley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00083-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Department of Agriculture, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2020 Order.

September 1, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court